CASE ASSIGNED TO
HON. JOEL E. TINGEY

2010 AUG 16 AM 11:08

[stamp illegible]

Stephen C. Hardesty, ISB No. 4214
Nicholas L. Taylor, ISB No. 7442
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5223
Email: shardesty@hawleytroxell.com
       ntaylor@hawleytroxell.com

Attorneys for Plaintiff PNC Bank, National Association

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| PNC BANK, National Association, | Case No. CV-10-4918 |
| Plaintiff, | VERIFIED COMPLAINT FOR BREACH OF GUARANTY |
| vs. | |
| CRAIG RENCHER, an individual, | Fee Category: A. |
| Defendant. | Filing Fee: $88.00 |

Plaintiff PNC Bank, National Association ("PNC"), by and through its attorneys of record, Hawley Troxell Ennis & Hawley LLP, alleges against Defendant Craig Rencher, an individual (the "Defendant"), as follows:

I.

**PARTIES AND VENUE**

1. Plaintiff PNC is a national association that is engaged in the business of lending and is authorized to do business in the State of Idaho.

VERIFIED COMPLAINT FOR BREACH OF GUARANTY - 1

42348.0015.2002216.2

2. On information and belief, Defendant Craig Rencher is an individual, currently residing at 1748 Jeppson Avenue, Idaho Falls, Idaho 83404.

3. Venue is proper in the Seventh Judicial District, in and for the County of Bonneville, pursuant to Idaho Code § 5-404, because Defendant's place of residence is in Bonneville County.

4. On information and belief, non-party Rencher/American Manor, LLC ("Rencher/American Manor") is an Idaho limited liability company with its principal place of business in Rexburg, Madison County, Idaho.

5. As more fully described below, non-party Rencher/American Manor obtained a loan from PNC, and the Defendant executed a Guaranty Agreement in which he absolutely and unconditionally guaranteed the performance and payment of certain obligations of Rencher/American Manor. This action is for collection of amounts due and owing under the Guaranty executed by the Defendant. The Rencher/American Manor loan is also secured by a security interest in certain real property, granted by non-party Rencher/American Manor, that is the subject of a foreclosure action pursuant to Idaho Code § 45-1502 *et seq*. Although Rencher/American Manor is not a party in this action, PNC reserves the right to pursue a deficiency action against Rencher/American Manor, to the extent it becomes necessary.

II.

## GENERAL ALLEGATIONS

6. PNC realleges paragraphs 1 through 5 above and incorporates the same by reference herein as if set forth in full.

7. On or about June 19, 2007, non-party Rencher/American Manor executed a Promissory Note in favor of PNC in the original principal amount of $3,936,000.00 ("Note")

VERIFIED COMPLAINT FOR BREACH OF GUARANTY - 2

42348.0015.2002216.2

with interest accruing at 6.40% per annum. Pursuant to the terms of the Note, Rencher/American Manor agreed to pay monthly principal and interest payments of $24,619.91 commencing August 1, 2007, and monthly thereafter until July 1, 2017, when all remaining principal and accrued and unpaid interest are due and payable in full. A true and accurate copy of the Note is attached hereto as Exhibit A and is incorporated herein by reference.

8. In order to induce PNC to extend credit to Rencher/American Manor, and concurrently with the execution of the Note, the Defendant executed a Guaranty Agreement ("Guaranty") in which he absolutely and unconditionally guaranteed the payment and performance of Rencher/American Manor's obligations under the Note. A true and accurate copy of the Guaranty is attached hereto as Exhibit B and incorporated herein by reference.

9. Non-party Rencher/American Manor defaulted under the terms of the Note by failing to pay the regular monthly payments of principal, interest and escrow deposit due January 1, 2010 and monthly thereafter.

10. After all lawful offsets and credits have been allowed, the net unpaid balance due to PNC under the Note as of April 30, 2010, totaled $3,991,771.36 (principal sum of $3,833,053.44, and interest and late charges of $158,717.92), plus attorney fees and costs. Such sum continues to accrue per diem interest at the rate of $681.43.

III.

### CLAIM FOR RELIEF
### Breach of Guaranty Against Defendant

11. PNC realleges paragraphs 1 through 10 above and incorporates the same by reference herein as if set forth in full.

12. In order to induce PNC to extend credit to Rencher/American Manor, the Defendant executed the Guaranty.

VERIFIED COMPLAINT FOR BREACH OF GUARANTY - 3

42346.0015.2002216.2

13. PNC advanced funds to Rencher/American Manor under the Note in reliance upon the Guaranty.

14. Pursuant to the terms of the Guaranty, Defendant irrevocably guaranteed "the due and punctual payment upon demand, of any principal, interest or other sums which may be due and payable under any of the Loan Documents (as such term is defined in the Guaranty), whether at maturity or upon acceleration or otherwise." The Guaranty further provides that the Defendant is unconditionally liable for the indebtedness owed by Rencher/American Manor, regardless of whether or not PNC pursues any of its remedies against Rencher/American Manor, against any other guarantor, or against any property that secures Rencher/American Manor's obligations to PNC.

15. Rencher/American Manor and the Defendant have defaulted with regard to the Note, by failing to pay the monthly payments due under the Note when due.

16. Defendant has breached the Guaranty, by failing to pay the amounts due under the Note.

17. On or about May 11, 2010, PNC sent the Defendant notice regarding default and acceleration of debt under the Note and demand for cure. A true and accurate copy of the demand letter is attached hereto as Exhibit C and is incorporated herein by reference.

18. Non-party Rencher/American Manor has not cured the defaults with regard to the Note. Likewise, the Defendant has failed and/or refused to pay the amounts owed pursuant to the Guaranty.

19. PNC has performed all conditions precedent under the Note associated with the Guaranty.

20. After all lawful offsets and credits have been allowed, the net unpaid balance due to PNC under the Note as of April 30, 2010, totaled $3,991,771.36 (principal sum of $3,833,053.44, and interest and late charges of $158,717.92), plus attorney fees and costs. Such sum continues to accrue per diem interest at the default interest rate of $681.43.

## IV.
## ATTORNEY FEES AND COSTS

21. PNC realleges paragraphs 1 through 19 above, and incorporates the same by reference herein as if set forth in full.

22. As a direct result of the Defendant's default, PNC has been required to retain the services of Hawley Troxell Ennis & Hawley LLP, Boise, Idaho, to proceed with collection efforts and prosecute this action on its behalf. Pursuant to the Note, the Guaranty, Idaho Code §§ 12-120 and 12-121, PNC is entitled to recover its costs and reasonable attorney fees incurred for the prosecution of this action and its collection efforts. A reasonable attorney fee and costs, in the event that judgment is entered by default is $10,000.00. In the event of any appearance, contest or other complications, a greater sum would be reasonable for such attorney fees, the exact amount depending on the circumstances.

WHEREFORE, Plaintiff PNC prays that judgment be entered in its favor and against the Defendant as follows:

1. That PNC have judgment against the Defendant in the amount of $3,991,771.36, and interest at the rate of $681.43 per day from April 30, 2010, until judgment is entered herein;

2. For PNC's costs and expenses, including reasonable attorneys' fees and costs in the amount of $10,000.00 in the event that judgment is entered by default and in such greater sum as the Court may award if this action is contested;

VERIFIED COMPLAINT FOR BREACH OF GUARANTY - 5

3. For interest at the legal rate on the entire amount of the judgment from the date the judgment is entered; and

4. For such other and further relief as the Court deems just, equitable, and proper under the circumstances.

DATED THIS 12 day of August, 2010.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Nicholas L. Taylor, ISB No. 7442
Attorneys for Plaintiff PNC Bank, National Association

08/12/2010 09:51 FAX 9132539718        PNC REAL ESTATE FINANCE                  ☒002/002

## VERIFICATION

Chris Wittkopf, being first duly sworn upon oath, deposes and says:

That he is a member of the Asset Resolution Team of PNC Bank, National Association, the Plaintiff in the above-entitled action; that he has read the within and foregoing VERIFIED COMPLAINT FOR BREACH OF GUARANTY; and that the statements therein contained are true.

_____
Chris Wittkopf

STATE OF KANSAS      )
                     ) ss.
County of Johnson    )

I, __PAM SCHOLL_____, a Notary Public, do hereby certify that on this 12th day of August, 2010, personally appeared before me Chris Wittkopf, who, being by me first duly sworn, declared that he is a member of the Asset Resolution Team of PNC Bank, National Association, that he signed the foregoing document as a member of the Asset Resolution Team of the Bank, and that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

PAM SCHOLL
NOTARY PUBLIC - State of Kansas
My Appt. Exp. 1/27/2014

_____
Notary Public for Kansas
Residing at JOHNSON COUNTY, KS
My commission expires 1/27/2014

VERIFIED COMPLAINT FOR BREACH OF GUARANTY - 7

42340.0015.2002210.2